## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DEANNA MESSERSCHMIDT,    **Civil File No. 10-CV-02357-RDR-KGS**

    Plaintiff,

vs.    **STIPULATION OF DISMISSAL**
                                  **WITH PREJUDICE**

RHS & ASSOCIATES, LLC,

    Defendant.

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Deanna Messerschmidt, and the defendant, RHS & Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                          Respectfully submitted,

Dated: <u>November 4, 2010</u>        By <u>/s/J. Mark Meinhardt</u>
                                                    J. Mark Meinhardt
                                                    4707 College Boulevard, Suite 100
                                                    Leawood, KS  66211
                                                    (913) 451-9797
                                                    (913) 451-6163 (fax)
                                                    ATTORNEY FOR PLAINTIFF

Dated: <u>November 4, 2010</u>        By <u>/s/Sean M. Sturdivan</u>
                                                      Sean M. Sturdivan
                                                    Sanders Warren & Russell LLP
                                                    40 Corporate Woods
                                                    9401 Indian Creek Pkwy – Ste 1250
                                                    Overland Park, KS 66210
                                                    (913) 234-6100
                                                    (913) 234-6199 (fax)
                                                    ATTORNEY FOR DEFENDANT